Dismissed and Memorandum Opinion filed July 14, 2005









Dismissed and Memorandum Opinion filed July 14, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00253-CV

____________

 

HARTFORD FIRE AND INSURANCE COMPANY, Appellant

 

V.

 

VMT BANGUARD COMPANIES, INC. and LUMBERMENS MUTUAL
CASUALTY COMPANY, Appellees

 



 

On
Appeal from the 129th District Court

Harris
County, Texas

Trial
Court Cause No. 03-11329

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed December 6,
2004.  On July 7, 2005, the parties filed
a joint motion to dismiss the appeal because the case has settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed July 14, 2005.

Panel consists of Chief Justice
Hedges and Justices Fowler and Frost.